PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Robert Lakeith Wright</u>  Case Number: <u>3:03-00182-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>April 12, 2005</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and Possess with intent to Distribute Crack Cocaine and Cocaine</u>

Original Sentence: <u>168 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>January 16, 2013</u>

Assistant U.S. Attorney: <u>Hal McDonough, Jr.</u>  Defense Attorney: <u>Paul J. Bruno</u>

---

The Court orders:

☒ No Action Necessary at this Time  *as recommended* [handwritten]
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 21st day of October, 2013, and made a part of the records in the above case.

William J. Haynes, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Brad Bartels
U.S. Probation Officer

Place  Nashville

Date  October 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** <br> On October 3, 2013, Mr. Wright was given a drug test that appeared to be positive for marijuana and cocaine. When questioned by the probation officer, Mr. Wright admitted to smoking marijuana at a family reunion, but he denied using cocaine. The urine sample was mailed to the lab for confirmation and on October 7, 2013, the probation office received lab results which confirmed the sample as positive for marijuana. The sample was negative for cocaine. The probation officer verbally reprimanded Mr. Wright and informed him that this was his third positive drug test since August 20, 2013. Mr. Wright was re-instructed to not use any illegal substance and warned that continued use of illegal drugs could result in a petition recommending revocation being submitted to the Court. |

**Compliance with Supervision Conditions and Prior Interventions:**
Robert Lakeith Wright lives with his mother in Lebanon, Tennessee, and is currently unemployed. He is scheduled to begin employment at Burger King on October 12, 2013. Mr. Wright was originally sentenced to 168 months' custody, followed by three years' supervised release on April 12, 2005. His custody sentence was later reduced on January 26, 2012, to 120 months. Mr. Wright began his five year term of supervised release on January 16, 2013, and is due to terminate on January 15, 2018.

A report was submitted to the Court on April 8, 2013, regarding Mr. Wright's admitted violation of using cocaine on or about March 20, 2013. The probation officer issued a verbal reprimand to Mr. Wright for violating the conditions of his supervision, and he was re-instructed not to use any illegal substance. Mr. Wright agreed to participate in substance abuse treatment at Cumberland Mental Health in Lebanon, Tennessee. The Court ordered no action on April 8, 2013.

Another report was submitted to the Court on August 29, 2013, regarding Mr. Wright's violations of testing positive for cocaine on August 20 and August 26, 2013. The probation officer issued a verbal reprimand to Mr. Wright for violating the conditions of his supervision, and he was re-instructed not to use any illegal substances. Mr. Wright agreed to continue with treatment at Cumberland Mental Health. The Court ordered no action on September 4, 2013.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Wright remain on supervised release, continue participation in substance abuse treatment at Cumberland Mental Health, and not incur any future violations. It is hoped that a combination of full-time employment and ongoing substance abuse treatment will lead to Mr. Wright staying clear of future illegal drug use. Assistant U.S. Attorney Hal McDonough has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer